UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY F. HARRIS,<br><br>        Plaintiff,<br><br>v.<br><br>VIVE FINANCIAL, LLC,<br><br>        Defendant. | Case No. 25-cv-07682-SVK<br><br>**ORDER FOLLOWING DECEMBER 9, 2025 INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The Court held an Initial Case Management Conference in this case on December 9, 2025. Both sides appeared by Zoom at the CMC, but Plaintiff's audio and video connections were not working. Defense counsel reported that the Parties have agreed to settle the case and are finalizing the settlement agreement. If Plaintiff disagrees that the Parties have settled, he must promptly inform the Court.

In light of the reported settlement, all previously scheduled deadlines and appearances are vacated. By **February 3, 2026**, the Parties shall file a stipulation of dismissal. If a stipulation of dismissal is not filed by the specified date, then the Parties shall appear on **February 10, 2026 at 9:30 a.m.** and show cause, if any, why the case should not be dismissed. Additionally, the Parties shall file a statement in response to this Order no later than **February 3, 2026**, describing with specificity (1) the Parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor and the minimum amount of time required to finalize the settlement and file the stipulation of dismissal.

If a stipulation of dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the Parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: December 9, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge